UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CHOI, Jae Kyoun, A96272693 )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PETER D. KEISLER, Acting Attorney General of )<br>the United States; )<br>MICHAEL CHERTOFF, Secretary, Department of )<br>Homeland Security; )<br>EMILIO T. GONZALEZ, Director of United )<br>States of Citizenship and Immigration Services; )<br>GERARD HEINAUER, Director of Nebraska Service )<br>Center; )<br>ROBERT S. MUELLER III, Director of )<br>Federal Bureau of Investigation; )<br>ROBERT BLACKWOOD, Field Office Director, )<br>USCIS Chicago Field Office )<br>)<br>   Defendants. )<br>) | Civil Action No. 07C6151<br><br>Magistrate Judge Cox<br><br>Judge Shadur<br><br>**FILED**<br><br>FEB 2 1 2008  PH<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES plaintiff, by HONGMEE LEE, in support of his instant Motion, and states as follows:

1. That Plaintiff now moves this Court to dismiss his Complaint for Writ of Mandamus.

2. That Plaintiff has been granted permanent resident alien status as of February 8, 2008 by U.S. Citizenship and Immigration Services.(see Exhibit 1)

3. That Plaintiff seeks to terminate this case as soon as this Court allows the same.

4. That this Motion is not presented for purposes of delay or harassment.

WHEREFORE, Plaintiff petitions this Court for the following:

1. An Order of Court granting Plaintiff's leave to dismiss his Complaint for Writ of Mandamus and terminate these proceedings Instanter.

2. Such further and other relief as this Court deems fit.

Respectfully Submitted,

Jae Kyoun Choi

By: _____
　　　Hongmee Lee

Dated: 2/18/08

Hongmee Lee
Attorney for Plaintiff
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870



U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

February 8, 2008

Jae Kyoun Choi
1950 Shore Oak
Decatur, Illinois 62521

A: 096 272 693
Approval Date: February 8, 2008
Adj. Class: E39

Cc:   Hongmee Lee
      Law Offices of Hongmee Lee
      4001 W. Devon Avenue Ste. 204
      Chicago, Illinois 60646

Dear Sir or Madam:

Please be advised that you have been granted permanent resident alien status as of February 8, 2008. This letter should not be regarded as proof of that status. You are being processed for an alien registration card, which will be mailed to you at the above address within the next few weeks. If you move from that address prior to receiving the card, please notify this office by mail of your new address. If you require proof of your status in order to travel, accept employment or other reason, you may come to our office at 101 W. Congress Parkway, Chicago, Illinois for a temporary stamp. To schedule an appointment, visit our website at http://infopass.uscis.gov/. Bring this letter and your passport with you.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff
District Director

www.uscis.gov

Exhibit 1