# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| CHOI, Jae Kyoun, A96272693 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07C6151 |
| PETER D. KEISLER, Acting Attorney General of | ) | |
| the United States; | ) | Magistrate Judge Cox |
| MICHAEL CHERTOFF, Secretary, Department of | ) | |
| Homeland Security; | ) | Judge Shadur |
| EMILIO T. GONZALEZ, Director of United | ) | |
| States of Citizenship and Immigration Services; | ) | |
| GERARD HEINAUER, Director of Nebraska Service | ) | |
| Center; | ) | |
| ROBERT S. MUELLER III, Director of | ) | |
| Federal Bureau of Investigation; | ) | |
| ROBERT BLACKWOOD, Field Office Director, | ) | |
| USCIS Chicago Field Office | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FILED**

**FEB 2 1 2008** PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:    Patrick Fitzgerald
       U. S. Attorney
       219 S. Dearborn, 55th fl.
       Chicago, IL 60604

On   February 17, 2008, I mailed to Office of the Clerk, United States District Court, Northern District of Illinois, 20th Floor, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, the attached documents(one original and one copy): MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS AND ORDER

Respectfully submitted,

Hongmee Lee
Attorney for Plaintiff

4001 W. Devon Ave., Ste 204
Chicago, IL 60646
(773)427-8870

## CERTIFICATE OF SERVICE

I, HONGMEE LEE, an attorney on oath, do hereby certify that copies of this notice, motion, and order were mailed to the party at the address set forth above on February 18, 2008 by regular mail.

Hongmee Lee