UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CHOI, Jae Kyoun, A96272693 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER D. KEISLER, Acting Attorney General of )<br>the United States; )<br>MICHAEL CHERTOFF, Secretary, Department of )<br>Homeland Security; )<br>EMILIO T. GONZALEZ, Director of United )<br>States of Citizenship and Immigration Services; )<br>GERARD HEINAUER, Director of Nebraska Service )<br>Center; )<br>ROBERT S. MUELLER III, Director of )<br>Federal Bureau of Investigation; )<br>ROBERT BLACKWOOD, Field Office Director, )<br>USCIS Chicago Field Office )<br>)<br>Defendants. )<br>) | Civil Action No. 07C6151<br><br>Magistrate Judge Cox<br><br>Judge Shadur<br><br>**F I L E D**<br><br>FEB 21 2008   PH<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### NOTICE OF MOTION

TO: Robert S. Mueller III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

    On February 17, 2008, I mailed to Office of the Clerk, United States District Court, Northern District of Illinois, 20th Floor, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, the attached documents(one original and one copy): MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS AND ORDER

Respectfully submitted,

*[signature]*

Hongmee Lee
Attorney for Plaintiff
4001 W. Devon Ave., Ste 204
Chicago, IL 60646
(773)427-8870

## CERTIFICATE OF SERVICE

I, HONGMEE LEE, an attorney on oath, do hereby certify that copies of this notice, motion, and order were mailed to the party at the address set forth above on February 18, 2008 by regular mail.

_____
Hongmee Lee