UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CHOI, Jae Kyoun, A96272693 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07C6151 |
| PETER D. KEISLER, Acting Attorney General of ) | |
| the United States; ) | Magistrate Judge Cox |
| MICHAEL CHERTOFF, Secretary, Department of ) | |
| Homeland Security; ) | Judge Shadur |
| EMILIO T. GONZALEZ, Director of United ) | |
| States of Citizenship and Immigration Services; ) | |
| GERARD HEINAUER, Director of Nebraska Service ) | |
| Center; ) | |
| ROBERT S. MUELLER III, Director of ) | **FILED** |
| Federal Bureau of Investigation; ) | |
| ROBERT BLACKWOOD, Field Office Director, ) | FEB 21 2008  PH |
| USCIS Chicago Field Office ) | |
| ) | MICHAEL W. DOBBINS |
| Defendants. ) | CLERK, U.S. DISTRICT COURT |
| ) | |

### NOTICE OF MOTION

TO:   Gerard Heinauer
      Director of NSC
      USCIS Nebraska Service Center
      850 S. Street
      Lincoln, NE 68508

   On   February 17, 2008, I mailed to Office of the Clerk, United States District Court, Northern District of Illinois, 20th Floor, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, the attached documents(one original and one copy):  MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS AND ORDER

Respectfully submitted,

_[signature]_
Hongmee Lee

Attorney for Plaintiff
4001 W. Devon Ave., Ste 204
Chicago, IL 60646
(773)427-8870

## CERTIFICATE OF SERVICE

I, HONGMEE LEE, an attorney on oath, do hereby certify that copies of this notice, motion, and order were mailed to the party at the address set forth above on February 18, 2008 by regular mail.

_____
Hongmee Lee