UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CHOI, Jae Kyoun, A96272693 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER D. KEISLER, Acting Attorney General of )<br>the United States; )<br>MICHAEL CHERTOFF, Secretary, Department of )<br>Homeland Security; )<br>EMILIO T. GONZALEZ, Director of United )<br>States of Citizenship and Immigration Services; )<br>GERARD HEINAUER, Director of Nebraska Service )<br>Center; )<br>ROBERT S. MUELLER III, Director of )<br>Federal Bureau of Investigation; )<br>ROBERT BLACKWOOD, Field Office Director, )<br>USCIS Chicago Field Office )<br>)<br>Defendants. )<br>) | Civil Action No. 07C6151<br><br>Magistrate Judge Cox<br><br>Judge Shadur<br><br><br>**F I L E D**<br><br>FEB 2 1 2008  PH<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### NOTICE OF MOTION

TO:   Emilio T. Gonzalez
      Director of USCIS
      USCIS
      20 Massachusetts Avenue, NW
      Washington, D.C. 20529

   On February 17, 2008, I mailed to Office of the Clerk, United States District Court, Northern District of Illinois, 20th Floor, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, the attached documents(one original and one copy): MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS AND ORDER

   Respectfully submitted,

   _____
   Hongmee Lee

Attorney for Plaintiff
4001 W. Devon Ave., Ste 204
Chicago, IL 60646
(773)427-8870

## CERTIFICATE OF SERVICE

I, HONGMEE LEE, an attorney on oath, do hereby certify that copies of this notice, motion, and order were mailed to the party at the address set forth above on February 18, 2008 by regular mail.

_____
Hongmee Lee