

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CHOI, Jae Kyoun A96272693

CASE NUMBER: *07 C 6151*

V.

ASSIGNED JUDGE: *Shadur*

PETER D. KEISLER, Acting Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director of United States of Citizenship and Immigration Services;
GERARD HEINAUER, Director of Nebraska Service Center;
ROBERT S. MUELLER III, Director of Federal Bureau of Investigation;
ROBERT BLACKWOOD, Field Office Director, USCIS Chicago Field Office

DESIGNATED
MAGISTRATE JUDGE: *Cox*

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director of USCIS
USCIS
20 Massachusetts Avenue, NW
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hongmee Lee
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave. Suite #204
Chicago, IL 60646

an answer to the complaint which is herewith served upon you, within _____ ~~30~~ *60* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**LIRI ISUFI**

~~(By) DEPUTY CLERK~~

**DEC 1 2 2007**

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 2/18/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Hongmee Lee | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED

Feb 21,2008

FEB 2 1 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): ___ by certified mail

_____

_____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/18/08
         Date

*Signature of Server*

Law Offices of Hongmee Lee,LLC
4001 W. Devon Ave.,Suite 204
Chicago, IL 60646
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( *Printed Name*)        C. Date of Delivery

1. Article Addressed to:

Emilio T. Gonzalez
Director of USCIS
USCIS
20 Massachusetts Avenue, NW
Washington, D.C. 20529

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Re: Jae Kyoun Choi
**Law Offices of Hongmee Lee**
4001 W. Devon Ave., Suite 204
Chicago, IL 60646

